**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE:<br><br>ROADMASTER LLC<br><br>Debtor(s) | CASE NO. 09-10762 (MFW)<br><br>CHAPTER 7<br><br>Related Docket No. _____ |

**ORDER APPROVING CHAPTER 7 TRUSTEE'S**
**MOTION TO DEPOSIT UNCLAIMED FUNDS PURSUANT TO**
**FED. R. BANKR. P. 3011 AND DEL. BANKR. L.R. 3011-1**

Upon consideration of the Motion of Chapter 7 Trustee to Deposit Unclaimed Funds into the Registry of the Court (the "Motion")[1], and the Court being satisfied that the relief requested in the Motion appearing to be in the best interests of the Bankruptcy Estate; sufficient notice of the Motion and opportunity for a hearing having been given; it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is

**FURTHER ORDERED** that the Trustee is authorized to deposit the Unclaimed Funds identified in the Motion in the amount of $52,406.62 into the Registry of the Court.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.