**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ROADMASTER LLC<br><br><br>Debtor(s) | CASE NO. 09-10762 (MFW)<br><br>CHAPTER 7<br><br><br>**Objection Deadline: November 16, 2022 at 4:00 p.m.**<br>**Hearing Date: November 23, 2022 at 2:00 p.m.** |

**NOTICE OF HEARING OF CHAPTER 7 TRUSTEE'S**
**MOTION TO DEPOSIT UNCLAIMED FUNDS PURSUANT TO**
**FED. R. BANKR. P. 3011 AND DEL. BANKR. L.R. 3011-1**

George L. Miller, as Chapter 7 Trustee, has filed the Trustee's Motion to Deposit Unclaimed Funds Pursuant to Fed. R. Bankr. P. 3011 and Del. Bankr. L.R. 3011-1 (the "Motion").

You are required to file a response to the attached Motion on or before **November 16, 2022 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon the Trustee:

> George L. Miller, Trustee
> 1628 John F. Kennedy Blvd.
> Suite 950
> Philadelphia, PA 19103
> (215) 561-0950

**A hearing on the motion will be held on November 23, 2022 at 2:00 P.M. before the Honorable Mary F. Walrath, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, DE 19801.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: <u>November 1, 2022</u>

*/s/ George L. Miller*
George L. Miller, Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
Tele:  (215) 561-0950
Fax:  (215) 561-0330