### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> ROADMASTER LLC <br><br> Debtor | CASE NO. 09-10762 (MFW) |

### CERTIFICATE OF SERVICE OF CHAPTER 7 TRUSTEE'S MOTION TO DEPOSIT UNCLAIMED FUNDS PURSUANT TO FED. R. BANKR. P. 3011 AND DEL. BANKR. L.R. 3011-1

I, George L. Miller, Trustee, hereby certify that a copy of the Trustee's Motion to Deposit Unclaimed Funds Pursuant to Fed. R. Bankr. P. 3011 and Del. Bankr. L.R. 3011-1 was served via electronic or U.S. first class mail, postage prepaid, upon the parties listed below:

Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Superior Audiometric Svc.
501 Carter Rd.
Goshen, IN 46526-5209

TNCI
PO Box 981038
Boston, MA 02298-1038

Darren A. Sowards
200 Meadow Lane, Apt. 43
Constantine, MI 49042-1387

GW Products
Attn: Bill Buerrant
374 Manchester Dr.
Elkhart, IN 46511-1199

Triangle Cleaning
3403 D Lane, Apt. 2A
Elkhart, IN 46517-3058

Aluminum Metals Co.
640 Collins Rd.
Elkhart, IN 46516

LaSalle Bristol
601 County Rd 17
Elkhart IN 46516

ADP Inc.
Daniel Alvarez
1851 N. Resler
El Paso, TX 79912

Crystal Ragsdale
17450 North Dr.
Goshen, IN 46528

Dated: <u>November 1, 2022</u>

*/s/ George L. Miller*
George L. Miller, Trustee
Miller Coffey Tate, LLP
1628 John F. Kennedy Blvd. Suite 950
Philadelphia, PA 19103
Tele: (215) 561-0950
Fax: (215) 561-0330